IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DIRECTV, INC., )
)
        Plaintiff, )
)
v. )
) 1:03CV447
)
MATT HAYES, BARNEY HILL, )
DOUG HILL, DARRELL HOLLAND, )
JAMES JACKSON, ANISSA JEFFERS, )
ESAU JAMES, BUREN JOURNIGAN, )
GREG KALLAM, RODERICK LITTLE, )
NORMAN MUSE, AND JOANN PARSONS, )
)
        Defendants. )

### DEFAULT JUDGMENT

On April 14, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that plaintiff Directv, Inc.'s motion for default judgment (docket no. 126) is granted and default judgment against defendant Esau James is hereby entered in the sum of $10,000.00, the amount claimed, with costs and disbursements in the amount of $101.53, and attorney's fees in the amount of $960.00, amounting in all to a sum of $11,061.53, plus post-judgment interest on the total amount of this judgment at the legal rate of 4.94 percent per annum, computed daily and compounded annually, from entry of this judgment until paid.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendant Esau James is permanently enjoined from committing or assisting in the commission of any violation of the Cable Communications Policy Act, 47 U.S.C. § 605 or 18 U.S.C. §S 2511 and 2520.

This the day of May 5, 2006

                                                  /s/ N. Carlton Tilley, Jr.
                                                    United States District Judge